UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13 CV 0723

Jeffrey Martin
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Halle Berry actress
I own the united states of
america, President Obama, can verify
this by veiwing this from the computer!
The actress Halla Berry was my finance, she broke
off oar engagement, by having an affair with the
actor Bill Cosby in 1979, and others. I gave her two
Credit Cards with the serial numbers on both treasury
department accounts, U.S. and the New York states
department of the treasury she became the U.S. biggest embezzler,

**COMPLAINT**

Jury Trial:  ☐ Yes   ☐ No
(check one)

RECEIVED
JAN 3 0 2013
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## I.   Parties in this complaint:

A.   List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff   Name   Jeffrey Martin
Street Address   One Keener bldg, Wards Island
County, City   Manhattan
State & Zip Code   New York, N.Y.   10035
Telephone Number   Cell No. (646) 547-6020

B.   List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant  No. 1      Name  _Halle Berry, actress_
                      Street Address _____
                      County, City _____
                      State & Zip Code _____
                      Telephone Number _____

Defendant  No. 2      Name _____
                      Street Address _____
                      County, City _____
                      State & Zip Code _____
                      Telephone Number _____

Defendant  No. 3      Name _____
                      Street Address _____
                      County, City _____
                      State & Zip Code _____
                      Telephone Number _____

Defendant  No. 4      Name _____
                      Street Address _____
                      County, City _____
                      State & Zip Code _____
                      Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  _See attach_
      _____
      _____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship _____
      Defendant(s) state(s) of citizenship _____
      _____

*Rev. 05/2010*

### III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.    Facts:  _See attach_

| | |
|---|---|
| What happened to you? | |
| Who did what? | |
| Was anyone else involved? | |
| Who else saw what happened? | |

### IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ~~Mental~~ Mental hardship from Halla Berry,

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _I would like pocession of the United States back._

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20___.

Signature of Plaintiff   _Jeffrey Martin_

Mailing Address   _One Keener bldg Wards Island New York, N.Y., 10035_

Telephone Number   _____

Fax Number *(if you have one)*   _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number   _____



# FEDERAL BUREAU OF INVESTIGATION

26 Federal Plaza, New York, NY 10278

## Complaint Form

**Complainant Information:**

**Date:** 1-14-13   **Time:** 1:18 p.m.

**Name:** Jeffrey Martin   **Telephone:** (646)547-6020   **DOB:** 8-18-57
S.S.N. 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

**Language Spoken:** Enlisgn

**Address:** 1 Keener bldg, Wards Island, New York, N.Y. 10035

**Name of Employer:** I'm president Obama's, employer.

**Facts of Complaint:** What iim about too write is factual. I'm sole owner of the united states of america. This can be verified by president Obama, by veiwing this from the computer. I called attorney Shienderman's office located on 120 broadway, Manhattan, too investigate my claim of owning united states of america, and also that the actress Halle Berry, is embezzling the united states and the new york state departments of the treasurys. The fact being, i gave her two credit cards, with the serial number on both treasury department accounts. She broke off our engagement, in 1979, by having a affair with the acter Bill Cosby, and others. From that day on she became the united states, biggist embezzler, embezzling the united states for hundeths of zillions of our reserves. The attorney general office, said they will send me a form too fill out with what i like for them too investigate.

**How did complainant learn of this information?**

Because i own the united states of america, President Obama's, will verify this.

**Complaint taken by P.O.:** _____   **Shield #** _____



# FEDERAL BUREAU OF INVESTIGATION
## 26 Federal Plaza, New York, NY 10278

### Complaint Form

P.2

**Complainant Information:**

Date: 1-14-13        Time: 1:56 p.m.

**Name:** Jeffrey Martin        **Telephone:** 646-547-6020    **DOB:** 8-18-57

S.S.N. 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

**Language Spoken:** English

**Address:** 1 Keener bldg, Wards Island, New york, N.Y. 10035

**Name of Employer:** I'm president OBama's, employer.

**Facts of Complaint:** I filled it out, i took it too the post office October 4, 2012, had it send certified mail, return receipt requested, they received it 10-5-12, and signed for it. I received the return receipt, 10-8-12, i called them 10-8-12 they stated that they received my claim. They said that they would keep in touch with me on this matter. After about too weeks i having heard from them, i called them back. They said they will send me an investigator, and for me not too call, and too they do so. Into this date, i haven't seen are heard from their office or an investigator. Sir I'm president OBama's, subordinate, officer, on down in the United States, because i own the United States, and i'm being treated as though i'm the criminal, the one embezzling the United States. Sir, by the attorney general office, ignoring me, they have President OBam and every law enforcement agency in the United States,

**How did complainant learn of this information?**

Because i own the United States of America. President OBama's will verify this.

**Complaint taken by P.O.:** _____    **Shield #** _____

# FEDERAL BUREAU OF INVESTIGATION

**26 Federal Plaza, New York, NY 10278**

<u>Complaint Form</u>



P.3

**Complainant Information:**

**Date:** 1-14-13     **Time:** 2:43 p.m.

**Name:** Jeffrey Martin     **Telephone:** 646) 547-6080   **DOB:** 6-18-57
                                                    S.S.N. 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

**Language Spoken:** English

**Address:** 1 Keener bldg. Wards Island, New York, N.Y., 10035

**Name of Employer:** I'm President Obama's employer.

**Facts of Complaint:**

Committing treason and conspiring with the actress Halle Berry too embezzel the United States of america. And also, too destroye man kind and planet earth. Sir, as your all koun i have a nuclear labortory in egypt, if i die or i'm killed, it will be the end of man kind and planet earth. Sir, the attorney general office, still have my certified mail claim, and by our laws, still have too answer too it. Sir, we have a planet too save! Sir, i don't beleive this is happening too our justice system. I'm embarrass, by what's going on, as well as in fear for our well being. All i'm asking for is for justice too prevail the way it always does, in these matter. I look forward too hearing for our office on this matter soon. Thank you!

**How did complainant learn of this information?**

Because i own the United States of america President Obama's will verify this.

**Complaint taken by P.O.:** _____     **Shield #** _____